THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COURTNEY SNEED**                                                                                     **PLAINTIFF**
**ADC #119285**

v.                              No. 5:13-cv-184-DPM-HDY

JAMIE SOWELL, Corporal, Tucker Unit, ADC;
STEPHEN WILLIAMS, Warden, Tucker Unit, ADC;
CHRIS CODY, Internal Affairs Investigator;
GREGG E. MOORE, Captain, Tucker Unit, ADC;
L. SKINNER, COII, Disciplinary Counsel Substitute,
Randall L. Williams Correctional Facility, ADC; and
RAY HOBBS, Director, ADC                                                                        **DEFENDANTS**

**ORDER**

Sneed objects to Magistrate Judge Ray's Proposed Findings and Recommendations. № 5 & 6. On *de novo* review, the Court adopts Judge Ray's decision in full. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). Sneed's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2013