THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COURTNEY SNEED**  **PLAINTIFF**
ADC #119285

v.  No. 5:13-cv-184-DPM

JAMIE SOWELL, Corporal, Tucker Unit, ADC;
STEPHEN WILLIAMS, Warden, Tucker Unit, ADC;
CHRIS CODY, Internal Affairs Investigator;
GREGG E. MOORE, Captain, Tucker Unit, ADC;
L. SKINNER, COII, Disciplinary Counsel Substitute,
Randall L. Williams Correctional Facility, ADC; and
RAY HOBBS, Director, ADC  **DEFENDANTS**

## JUDGMENT

Sneed's complaint is dismissed without prejudice. 28 U.S.C. § 1915(g).

An *in forma pauperis* appeal from the this Judgment and the related Order would be frivolous and not in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2013